## BARNES-SMITH MERCANTILE CO. v. MELTON.

No. 1150.    Opinion Filed October 10, 1911.

*Error from Ottawa County Court; D. W. Talbot, Judge.*

*J. J. Hubbard* and *J. S. Hale,* for plaintiff in error.

Opinion by AMES, C.   The petition in error and case-made were filed in this court on October 21, 1909, but no briefs have been filed by the plaintiff in error. as required by rule 7 of the court (20 Okla. viii, 95 Pac. vi), and there is no appearance by the defendant in error.   The appeal should therefore be dismissed for want of prosecution.   Dismissed.

By the Court:   It is so ordered.

All the Justices concur.